UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: YOUNG, NICOLE K § Case No. 12-82817
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/22/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 04/18/2013     By: /s/BERNARD J. NATALE
                                                                                 Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: YOUNG, NICOLE K § Case No. 12-82817
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $ 30,000.00

*and approved disbursements of* $ 16,525.77

*leaving a balance on hand of* [1] $ 13,474.23

**Balance on hand:** $ 13,474.23

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| BC/BS | Blue Cross/Blue Shield | 2,372.00 | 2,372.00 | 2,372.00 | 0.00 |
| STFARM | State Farm | 3,333.33 | 3,333.33 | 3,333.33 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,474.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 3,750.00 | 0.00 | 3,750.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,887.25 | 0.00 | 2,887.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 71.64 | 0.00 | 71.64 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses: $ 6,968.89
Remaining balance: $ 6,505.34

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,505.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,505.34

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,793.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 44.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 733.50 | 0.00 | 322.56 |
| 2 | World Acceptance Corporation | 1,807.67 | 0.00 | 794.92 |
| 3 | Quantum3 Group LLC as agent for | 1,390.53 | 0.00 | 611.48 |
| 4 | Woodforest National Bank | 355.88 | 0.00 | 156.50 |
| 5 | Sallie Mae Inc. on behalf of | 10,505.72 | 0.00 | 4,619.88 |

Total to be paid for timely general unsecured claims: $ 6,505.34
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 25.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Kishwaukee Community Hospital | 25.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-82817-TML
Nicole K Young                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez             Page 1 of 3          Date Rcvd: May 01, 2013
                              Form ID: pdf006           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2013.
db         +Nicole K Young,   1163 Jenny Dr. Apt. G,   Sycamore, IL 60178-9562
19189623   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
19189644   ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,   P.O. Box 660022,   Dallas, TX 75266)
19189624   +Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
19889961    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
19189625   +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
19189626   +Check into Cash,   6816 West North Avenue,   Chicago, IL 60707-4411
19189629   +ERS Solutions,   P.O. Box 6030,   Hauppauge, NY 11788
19189631   +HSBC Bank/Orchard Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
19189632   +Illinois Collection Se,   8231 185th St Ste 100,   Tinley Park, IL 60487-9356
19189633   +Kishwaukee Hospital,   P.O. Box 739,   Moline, IL 61266-0739
19189634   +Midwest Orthopaedic Institute,   2111 Midlands Ct., Ste. 100,   Sycamore, IL 60178-3125
19189635   +National Payment Services,   P.O. Box 182223,   Department OH1,   Columbus, OH 43218-2223
19189637   +Personal Finance/P315,   1624 Dekalb Ave,   Sycamore, IL 60178-2706
19189638   +Pinnacle Financial Gro,   7825 Washington Ave S St,   Minneapolis, MN 55439-2411
19976532    Sallie Mae Inc. on behalf of,   Department of Education,   P.O. Box 740351,
             Atlanta, GA. 30374-0351
19189641   +Triton College,   2000 Fifth Ave.,   River Grove, IL 60171-1995
19189642   +Verizon Wireless Bankruptcy Admin.,   P.O. Box 3397,   Bloomington, IL 61702-3397
19189645   +Wfnnb/Ny&C,   220 W Schrock Rd,   Westerville, OH 43081-2873
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19189627   +E-mail/Text: creditonebknotifications@resurgent.com May 02 2013 03:33:29     Credit One Bank,
             Po Box 98875,   Las Vegas, NV 89193-8875
19189628   +E-mail/PDF: pa_dc_ed@salliemae.com May 02 2013 03:57:49     Dept Of Ed/Sallie Mae,   Po Box 9635,
             Wilkes Barre, PA 18773-9635
19189630   +E-mail/Text: bankruptcy@hraccounts.com May 02 2013 03:33:42     H & R Accounts Inc,
             7017 John Deere Pkwy,   Moline, IL 61265-8072
20251302   +E-mail/Text: bankruptcy@hraccounts.com May 02 2013 03:33:42     Kishwaukee Community Hospital,
             C/O H and R Accounts Inc,   PO Box 672,   Moline, IL 61266-0672
19936254    E-mail/Text: bnc-quantum@quantum3group.com May 02 2013 03:47:37
             Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
19189640    E-mail/PDF: cbp@slfs.com May 02 2013 05:05:34     Springleaf Financial Services,
             342 W Chrysler Dr,   Belvidere, IL 61008
19189639   +E-mail/Text: bankruptcy.noticing@security-finance.com May 02 2013 03:44:42     Security,
             Po Box 811 Consumer Verification,   Spartanburg, SC 29304-0811
19189643   +E-mail/Text: vci.bkcy@vwcredit.com May 02 2013 03:36:57     Vw Credit Inc,   1401 Franklin Blvd,
             Libertyville, IL 60048-4460
19189646   +E-mail/Text: ebankruptcy@woodforest.com May 02 2013 05:21:48     Wood Forest National Bank,
             12300 S Il Route 47,   Huntley, IL 60142-9634
19956008   +E-mail/Text: ebankruptcy@woodforest.com May 02 2013 05:21:49     Woodforest National Bank,
             POB 7889,   The Woodlands, TX 77387-7889
19189647    E-mail/PDF: bk@worldacceptance.com May 02 2013 03:54:11     World Finance Corporation,
             2587 Sycamore Road, Suite C,   DeKalb, IL 60115-2092
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19189636   ##+Nationwide Credit & Co,   815 Commerce Dr Ste 100,   Oak Brook, IL 60523-8839
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez              Page 2 of 3               Date Rcvd: May 01, 2013
                              Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 03, 2013**                    **Signature:**  *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 3 of 3                Date Rcvd: May 01, 2013
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2013 at the address(es) listed below:
          Bernard J Natale   on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
          Bernard J Natale   natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Carole J. Ryczek   on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
          Diane E Elliott   on behalf of Debtor Nicole K Young diane05elliott@yahoo.com
          Meghan N Bolte   on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
           mbolte@bjnatalelaw.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
                                                                                                          TOTAL: 6

Case 12-82817 Doc 40 Filed 05/01/13 Entered 05/04/13 00:07:19 Desc Imaged
Certificate of Notice Page 8 of 8