# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: YOUNG, NICOLE K § Case No. 12-82817
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $13,430.00     Assets Exempt: $3,605.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,054.17     Claims Discharged
 Without Payment: $22,825.28

Total Expenses of Administration: $17,945.83

3) Total gross receipts of $ 30,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $17,204.00 | $5,705.33 | $5,705.33 | $5,705.33 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,945.83 | 17,945.83 | 17,945.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,615.82 | 14,818.30 | 14,818.30 | 6,348.84 |
| **TOTAL DISBURSEMENTS** | $48,819.82 | $38,469.46 | $38,469.46 | $30,000.00 |

    4) This case was originally filed under Chapter 7 on July 24, 2012. The case was pending for 15 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2013          By: /s/BERNARD J. NATALE
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI Settlement | 1242-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$30,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| BC/BS | Blue Cross/Blue Shield | 4220-000 | N/A | 2,372.00 | 2,372.00 | 2,372.00 |
| STFARM | State Farm | 4220-000 | N/A | 3,333.33 | 3,333.33 | 3,333.33 |
| NOTFILED | Vw Credit Inc | 4110-000 | 17,204.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$17,204.00** | **$5,705.33** | **$5,705.33** | **$5,705.33** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Scott J Ganassin | 3210-600 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 71.64 | 71.64 | 71.64 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | CODE | | | | |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,887.25 | 2,887.25 | 2,887.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 3,750.00 | 3,750.00 | 3,750.00 |
| Scott J Ganassin | 3220-610 | N/A | 810.44 | 810.44 | 810.44 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Clerk of the Bankruptcy Court | 2700-001 | N/A | 156.50 | 156.50 | 156.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $17,945.83 | $17,945.83 | $17,945.83 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 733.00 | 733.50 | 733.50 | 322.56 |
| 2 | World Acceptance Corporation | 7100-000 | 463.00 | 1,807.67 | 1,807.67 | 794.92 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 1,390.00 | 1,390.53 | 1,390.53 | 611.48 |
| 4 | Woodforest National Bank | 7100-000 | 700.00 | 355.88 | 355.88 | 0.00 |
| 5 | Sallie Mae Inc. on behalf of | 7100-000 | 10,155.00 | 10,505.72 | 10,505.72 | 4,619.88 |
| 6 | Kishwaukee Community Hospital | 7200-000 | 645.00 | 25.00 | 25.00 | 0.00 |
| NOTFILED | Pinnacle Financial Gro | 7100-000 | 792.00 | N/A | N/A | 0.00 |
| NOTFILED | Personal Finance/P315 | 7100-000 | 1,328.00 | N/A | N/A | 0.00 |
| NOTFILED | Security | 7100-000 | 1,161.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Springleaf Financial Services | 7100-000 | 1,765.00 | N/A | N/A | 0.00 |
| NOTFILED | Triton College | 7100-000 | 1,656.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless Bankruptcy Admin. | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Se | 7100-000 | 2,382.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Collection Se | 7100-000 | 407.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Bank/Orchard Bank | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | World Finance Corp | 7100-000 | 1,847.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 2,080.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 132.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | National Payment Services | 7100-000 | 478.55 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit & Co | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | ERS Solutions | 7100-000 | 1,033.27 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Orthopaedic Institute | 7100-000 | 240.00 | N/A | N/A | 0.00 |
| NOTFILED | Check into Cash | 7100-000 | 358.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$31,615.82** | **$14,818.30** | **$14,818.30** | **$6,348.84** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82817  
**Case Name:** YOUNG, NICOLE K  

**Period Ending:** 11/13/13

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/24/12 (f)  
**§341(a) Meeting Date:** 08/23/12  
**Claims Bar Date:** 03/15/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | cash on hand | 5.00 | 0.00 | | 0.00 | FA |
| 2 | normal complement of household goods and furnish | 950.00 | 0.00 | | 0.00 | FA |
| 3 | misc wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 4 | Debtor's interest in Simple IRA | Unknown | 0.00 | | 0.00 | FA |
| 5 | 2008 Nissan Passet with 55,000 miles | 12,225.00 | 0.00 | | 0.00 | FA |
| 6 | PI Settlement | 0.00 | 0.00 | | 30,000.00 | FA |
| 7 | Duplicate of #6 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets   Totals** (Excluding unknown values) | **$13,430.00** | **$0.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED APRIL 2012.

**Initial Projected Date Of Final Report (TFR):**   May 31, 2013   **Current Projected Date Of Final Report (TFR):**   April 18, 2013  (Actual)

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-82817  
**Case Name:** YOUNG, NICOLE K  
**Taxpayer ID #:** **-***8743  
**Period Ending:** 11/13/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/13 | {6} | Argonaut Great Central Insurance Company | Settlement (Browns Supermarket) on PI Case | 1242-000 | 500.00 | | 500.00 |
| 03/26/13 | {6} | McLarens Young International, Inc. | Settlement on PI Case | 1242-000 | 1,500.00 | | 2,000.00 |
| 03/26/13 | {6} | American Family Insurance Group | Pymt for Settlement of PI Case | 1242-000 | 28,000.00 | | 30,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 29,990.00 |
| 04/01/13 | 101 | Scott J Ganassin | Contingency Fee on PI Claim | 3210-600 | | 10,000.00 | 19,990.00 |
| 04/01/13 | 102 | Scott J Ganassin | Expenses from PI Claim of Special Counsel | 3220-610 | | 810.44 | 19,179.56 |
| 04/01/13 | 103 | Blue Cross/Blue Shield | Pymt of Blue Cross/ Blue Shield Medical Lien | 4220-000 | | 2,372.00 | 16,807.56 |
| 04/01/13 | 104 | State Farm | Pymt of State Farm Discounted Lien | 4220-000 | | 3,333.33 | 13,474.23 |
| 05/23/13 | 105 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: REOPENING FEE | 2700-000 | | 260.00 | 13,214.23 |
| 05/23/13 | 106 | BERNARD J. NATALE | Dividend paid 100.00% on $3,750.00, Trustee Compensation; Reference: | 2100-000 | | 3,750.00 | 9,464.23 |
| 05/23/13 | 107 | Capital One Bank (USA), N.A. | Distribution paid 43.97% on $733.50; Claim# 1; Filed: $733.50; Reference: 9242/5712 | 7100-000 | | 322.56 | 9,141.67 |
| 05/23/13 | 108 | World Acceptance Corporation | Distribution paid 43.97% on $1,807.67; Claim# 2; Filed: $1,807.67; Reference: 1061-6197 | 7100-000 | | 794.92 | 8,346.75 |
| 05/23/13 | 109 | Quantum3 Group LLC as agent for | Distribution paid 43.97% on $1,390.53; Claim# 3; Filed: $1,390.53; Reference: 5426/NEW YORK & CO | 7100-000 | | 611.48 | 7,735.27 |
| 05/23/13 | 110 | Woodforest National Bank | Distribution paid 43.97% on $355.88; Claim# 4; Filed: $355.88; Reference: 3069 Stopped on 08/28/13 | 7100-004 | | 156.50 | 7,578.77 |
| 05/23/13 | 111 | Sallie Mae Inc. on behalf of | Distribution paid 43.97% on $10,505.72; Claim# 5; Filed: $10,505.72; Reference: 7892 | 7100-000 | | 4,619.88 | 2,958.89 |
| 05/23/13 | 112 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,958.89 | 0.00 |
| | | | Dividend paid 100.00% on $2,887.25; Claim# ATTY; Filed: $2,887.25    2,887.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $71.64; Claim# EXP; Filed: $71.64    71.64 | 3120-000 | | | 0.00 |
| 08/28/13 | 110 | Woodforest National Bank | Distribution paid 43.97% on $355.88; Claim# 4; Filed: $355.88; Reference: 3069 Stopped: check issued on 05/23/13 | 7100-004 | | -156.50 | 156.50 |
| 09/03/13 | 113 | Clerk of the Bankruptcy Court | Turnover of Unclaimed Funds | 2700-001 | | 156.50 | 0.00 |

Subtotals:   $30,000.00   $30,000.00

{} Asset reference(s)

Printed: 11/13/2013 11:54 AM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-82817 | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** YOUNG, NICOLE K | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******6466 - Checking Account |
| **Taxpayer ID #:** **-***8743 | **Blanket Bond:** $606,000.00 (per case limit) |
| **Period Ending:** 11/13/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 30,000.00 | 30,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 30,000.00 | 30,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,000.00** | **$30,000.00** | |

Net Receipts :   30,000.00
─────────────
Net Estate :   $30,000.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6466** | 30,000.00 | 30,000.00 | 0.00 |
| | $30,000.00 | $30,000.00 | $0.00 |